# United States Bankruptcy Court
## Central District of Illinois

In re **Schertz Aerial Service, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kimberly Schertz**<br>**22761 N 1300 East Road**<br>**Hudson, IL 61748** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 16, 2022**

Signature **/s/ Kimberly Schertz**

**Kimberly Schertz**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Schertz Aerial Service, Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | **FDBA  Crop Pep LLC** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **37-1199565** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |

**13818 East 2400 North Road**
**Hudson, IL 61748**
Number, Street, City, State & ZIP Code

**McLean**
County

**P.O.Box 377**
**Hudson, IL 61848**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor   **Schertz Aerial Service, Inc.**                                   Case number (*if known*) _____
　　　　　Name

---

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

---

Debtor   **Schertz Aerial Service, Inc.**                                         Case number (*if known*)
_____ Name

**10.** **Are any bankruptcy cases**        ☐ No
        **pending or being filed by a**    ☑ **Yes.**
        **business partner or an**
        **affiliate of the debtor?**

List all cases. If more than 1,     Debtor    **Robert Scott Schertz**                    Relationship   **Former Owner**
attach a separate list

                                    District  **Central District of**        When   **1/04/21**   Case number, if known   **21-70207**
                                              **Illinois**

**11.** **Why is the case filed in**    *Check all that apply:*
        *this district?*
                                    ☑      Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                           preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                    ☐      A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**     ☑ **No**
        **have possession of any**    ☐ **Yes.**
        **real property or personal**         Answer below for each property that needs immediate attention. Attach additional sheets if needed.
        **property that needs**
        **immediate attention?**
                                       **Why does the property need immediate attention?** (*Check all that apply.*)

                                       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                          What is the hazard? _____

                                       ☐ It needs to be physically secured or protected from the weather.

                                       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                          livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
                                       ☐ Other

                                       **Where is the property?** _____
                                                                  Number, Street, City, State & ZIP Code

                                       **Is the property insured?**

                                       ☐ No
                                       ☐ Yes.   Insurance agency   _____
                                                Contact name       _____
                                                Phone              _____

▬▬▬  **Statistical and administrative information**

**13.** **Debtor's estimation of**     .      *Check one:*
        **available funds**
                                       ☑ Funds will be available for distribution to unsecured creditors.

                                       ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**        ☑ 1-49              ☐ 1,000-5,000           ☐ 25,001-50,000
        **creditors**                  ☐ 50-99             ☐ 5001-10,000           ☐ 50,001-100,000
                                       ☐ 100-199           ☐ 10,001-25,000         ☐ More than100,000
                                       ☐ 200-999

**15.** **Estimated Assets**           ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                       ☐ $50,001 - $100,000        ☑ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                       ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                       ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Schertz Aerial Service, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Schertz Aerial Service, Inc.** _____   Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 16, 2022**
MM / DD / YYYY

X **/s/ Kimberly Schertz** _____   **Kimberly Schertz** _____
Signature of authorized representative of debtor   Printed name

Title   **President** _____

**18. Signature of attorney**

X **/s/ Robert E. Eggmann** _____   Date   **March 16, 2022** _____
Signature of attorney for debtor   MM / DD / YYYY

**Robert E. Eggmann 6203021** _____
Printed name

**Carmody MacDonald P.C.** _____
Firm name

**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105** _____
Number, Street, City, State & ZIP Code

Contact phone   **314-854-8600** _____   Email address   **ree@carmodymacdonald.com** _____

**6203021 IL** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Schertz Aerial Service, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 16, 2022**    X **/s/ Kimberly Schertz**
Signature of individual signing on behalf of debtor

**Kimberly Schertz**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Schertz Aerial Service, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF ILLINOIS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Clifton Larson Allen LLP 404 North Hershey Road, Suite A Bloomington, IL 61704** | | **Accounting** | | | | **$433.12** |
| **Compeer Financial 1303 Leslie Dr BLoomington, IL 61704** | | **Operating Loan** | **Disputed** | **$2,560,602.50** | **$1,900,000.00** | **$660,602.50** |
| **IPFS Corporation 3 Hutton Center Drive Suite 630 Santa Anna, CA 92707** | | **Premium Financing for Corporate Insurance for 2022 Year.  8 monthly payments remaining** | | | | **$86,413.12** |
| **Kimberly Schertz P.O. Box 347 Hudson, IL 61748** | | **Purchased former owners claims against company.** | **Disputed** | | | **$2,898,477.72** |
| **Small Business Administration 14925 Kingsport Road Fort Worth, TX 76155** | | **SBA EDIL Loan for Covid assistance** | | **$161,000.00** | **$0.00** | **$161,000.00** |

**Fill in this information to identify the case:**

Debtor name    **Schertz Aerial Service, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                           12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................   $     **500,000.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..............................................................................   $     **9,501,710.26**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*................................................................................   $     **10,001,710.26**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     **2,721,602.50**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$     **2,985,323.96**

4.   **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b                                                                                  $     **5,706,926.46**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **Schertz Aerial Service, Inc.** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Checking Account: PNC Bank Account** | **Checking** | **6512** | **$12,395.57** |
| 3.2. | **Checking Account: Wisconsin Bank Account** | **Checking** | **8508** | **$306,965.92** |
| 3.3. | **Checking Account: Busey Bank** | **Checking** | **1438** | **$41.06** |
| 3.4. | **Checking Account: Capital One Account** | **Checking** | **6974** | **Unknown** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $319,402.55 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Schertz Aerial Service, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11b. Over 90 days old:       **30,980.24**     -       **0.00**   =....       **$30,980.24**
                    face amount              doubtful or uncollectible accounts

---

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                         **$30,980.24**

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies Inventory (chemicals, cover crops, and fuel | 03/15/2022 | $0.00 | Appraisal | $339,554.92 |

---

23. **Total of Part 5.**                                 **$339,554.92**

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **Schertz Aerial Service, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

<table><tr><td>Part 7:</td><td>Office furniture, fixtures, and equipment; and collectibles</td></tr></table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Electronics: Business Band Radios -- 9 $10,0000 Office Equipment -- Hudson $30,000** | **$0.00** | | **$40,000.00** |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|---|---|---|---|---|

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$40,000.00** |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

<table><tr><td>Part 8:</td><td>Machinery, equipment, and vehicles</td></tr></table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Vehicle: 2004 Ford F250, 4x4, diesel, regular cab, 8' box** | **$0.00** | | **$7,000.00** |
| 47.2. **Vehicle: 2008 Ford F250, 4x4, diesel, extended cab** | **$0.00** | | **$8,000.00** |
| 47.3. **Vehicle: 2013 Chevy Equinox, 4 door SUV, gas** | **$0.00** | | **$15,000.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Schertz Aerial Service, Inc.**        Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 47.4. | **Vehicle: 2007 International 8600 Semi, Tandem Axle** | $0.00 | | $25,000.00 |
| 47.5. | **Vehicle: 1978 Fort Smith Dynaweld, 18' skid steer trailer, tandem axle, bumper hitch** | $0.00 | | $3,000.00 |
| 47.6. | **Vehicle:  1998 Wabash Dry Van, Trailer, 53' dry van semi trailer, tandem axle.** | $0.00 | | $3,000.00 |
| 47.7. | **Vehicle: 1991 Homemade, Flatbed Trailer, 550 gal fuel tank with pump, goose neck hitch** | $0.00 | | $24,000.00 |
| 47.8. | **Vehicle: 2003 Homemade, liquid trailer, 2200 gal stainless steel tank, 550 gal fuel tank with pump, semi hitch, 4 honda powered pumps, plumbing for 4 chemical totes to load planes.** | $0.00 | | $38,000.00 |
| 47.9. | **1990 Homemade, 1600 gal stainless steel tank, 550 gal fuel tank with pump, goose neck hitch, 3 honda powered pumps, plumbing for chemical totes to load planes** | $0.00 | | $32,000.00 |
| 47.10. | **Vehicle:   Adams HLS-6-2W, 200 cu ft Fertilizer Spreader** | $0.00 | | $20,000.00 |
| 47.11. | **Vehicle: John Deere 2940 Tractor** | $0.00 | | $20,000.00 |
| 47.12. | **Vehicle: Woods BW 1800Q, Bat Wing Mower** | $0.00 | | $17,000.00 |
| 47.13. | **Homemade Trailer, Trailer for Blender/Batch Loader** | $0.00 | | $4,000.00 |
| 47.14. | **Vehicle: Kewanee 7, Rear Blade.** | $0.00 | | $1,200.00 |
| 47.15. | **Vehicle: Clark Forklift** | $0.00 | | $5,000.00 |
| 47.16. | **Vehicle: Mitsubishi Forklift** | $0.00 | | $23,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com       

| Debtor | **Schertz Aerial Service, Inc.** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

**49.** **Aircraft and accessories**

| | | | |
| --- | --- | --- | --- |
| 49.1. | **2005 Air Tractor AT-402B, Reg 8526L, 402B SN#1167, Gps, radios, AIMMS, spray equipment inclusive** | $0.00 | $650,000.00 |
| 49.2. | **1997 Air Tractor AT-602, Reg 602GB 602 SN#0245, Gps, radios, AIMMS, spray equipment inclusive** | $0.00 | $610,000.00 |
| 49.3. | **Airplane Parts** | $0.00 | $242,700.00 |

| | | | |
| --- | --- | --- | --- |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Custom Made Batch Loader, Stainless steel 100 cu ft. mixing tub, hydraulic pump, Honda GX630** | $0.00 | $45,000.00 |
| | **Custom Made Batch Loader, Stainless Steel 100 cu ft. mixing tub, hydraulic pump, Honda GX630** | $0.00 | $45,000.00 |
| | **Miller Electric Syncrowave Welder** | $0.00 | $4,500.00 |

| | | | |
| --- | --- | --- | --- |
| 51. | **Total of Part 8.** | | $1,842,400.00 |
| | Add lines 47 through 50.  Copy the total to line 87. | | |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| | | | | |

Debtor    **Schertz Aerial Service, Inc.**                              Case number *(If known)* _____
          Name

|  |  |  |  |  |
|---|---|---|---|---|
| 55.1. | **Farm Land: 7 ac farmland cash rented attached to landing strip parcel** | | $0.00 | $500,000.00 |
| 55.2. | **Lease of landing strip extension at Hudson facility.**<br>**Sandi Arnold**<br>**2 Gulf Pointe Court**<br>**Bloomington, IL**<br>**61704**<br>**$2000/yr** | | $0.00 | $0.00 |
| 55.3. | **Lease of auxiliary landing strip near Decatur.**<br>**Joe Brown**<br>**9762 Park Road**<br>**Decatur, IL 62526**<br>**$2,181.00 a year** | | $0.00 | $0.00 |

56.    **Total of Part 9.**                                                                 | $500,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☐ No
       ■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations**<br>**Customer List, Enterprise Value and FAA Operating Certificate** | $0.00 | | $200,000.00 |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

Debtor **Schertz Aerial Service, Inc.**                    Case number *(If known)* _____
_____
Name

**66.**   **Total of Part 10.**

|  |
|---|
| **$200,000.00** |

Add lines 60 through 65. Copy the total to line 89.

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.**   **Notes receivable**
Description (include name of obligor)

**72.**   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **Net Operating Loss** | Tax year **2020** | **$4,224,738.00** |
|---|---|---|

**73.**   **Interests in insurance policies or annuities**
**Genworth Life and Annuity Insurance Co.**
**Robert Schertz company life insurance - Schertz Aerial Beneficiary**
**Policy #xxx6690**
**Also any other undisclosed RSS insurance policies in the company name.**                                                          **Unknown**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Claim: Unpaid Lease Claim Against B. Eggemeyer for AT-602 Lease 2021**                                                          **$83,634.55**
**Nature of claim**
**Amount requested**                     **$0.00**

**Claim: Employee Theft from Kathy Holiday -- At least $240,000**                                                          **$240,000.00**
**Nature of claim**
**Amount requested**                     **$0.00**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Schertz Aerial Service, Inc.**                                    Case number *(if known)* _____
         Name

**Claim: Robert Scott Schertz or Kathy Holiday--
Misdirected Rebate Checks to additional undisclosed
company bank account**                                                     **$15,000.00**
**Nature of claim**
**Amount requested**              **$0.00**

**Claim: Robert Scott Schertz -- accounting irregularities
and 'accounting error' discovered 2018**                                    **$1,500,000.00**
**Nature of claim**
**Amount requested**              **$0.00**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       **Misc. Tools**                                                          **$50,000.00**

78.    **Total of Part 11.**                                      **$6,113,372.55**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

Debtor    **Schertz Aerial Service, Inc.**                                    Case number *(If known)* _____
　　　　　　Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $319,402.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $30,980.24 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $339,554.92 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $40,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,842,400.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $200,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $6,113,372.55 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,885,710.26 | + 91b. $500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,385,710.26 |

**Fill in this information to identify the case:**

Debtor name        **Schertz Aerial Service, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| | | | |
|---|---|---|---|
| **2.1** **Compeer Financial** <br> Creditor's Name | Describe debtor's property that is subject to a lien <br> **Operating Loan** | **$2,560,602.50** | **$1,900,000.00** |

**1303 Leslie Dr**
**BLoomington, IL 61704**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Small Business Administration** <br> Creditor's Name | Describe debtor's property that is subject to a lien <br> **SBA EDIL Loan for Covid assistance** | **$161,000.00** | **$0.00** |

**14925 Kingsport Road**
**Fort Worth, TX 76155**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**05/20/2020**
Last 4 digits of account number
**7802**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **Schertz Aerial Service, Inc.**    Case number (if known) _____
_____
Name

■ No

□ Yes. Specify each creditor,
including this creditor and its relative
priority.

□ Contingent
□ Unliquidated
□ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $2,721,602.50

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jeffrey D. Richardson, Esq.**<br>**444 Millikin Court**<br>**132 South Water Street**<br>**Decatur, IL 62523** | Line __2.1__ | |
| **Scott C. Sandberg, Esq.**<br>**Spencer Fane LLP**<br>**1700 Lincoln Street, Suite 2000**<br>**Denver, CO 80203** | Line __2.1__ | |

---

**Fill in this information to identify the case:**

Debtor name  **Schertz Aerial Service, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Illinois Department of Revenue**
**PO Box 19035**
**Springfield, IL 62794-9035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 66778**
**STOP5334STL**
**Saint Louis, MO 63166**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Schertz Aerial Service, Inc.** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$433.12**

**Clifton Larson Allen LLP**
**404 North Hershey Road, Suite A**
**Bloomington, IL 61704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Accounting

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$86,413.12**

**IPFS Corporation**
**3 Hutton Center Drive**
**Suite 630**
**Santa Anna, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/4/2022

**Basis for the claim:**  Premium Financing for Corporate Insurance for 2022 Year.  8 monthly payments remaining

Last 4 digits of account number  8316

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2,898,477.72**

**Kimberly Schertz**
**P.O. Box 347**
**Hudson, IL 61748**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Purchased former owners claims against company.

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,985,323.96 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 2,985,323.96 |

---

**Fill in this information to identify the case:**

Debtor name  **Schertz Aerial Service, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of auxiliary landing strip near Decatur.** | |
| | State the term remaining | **3/2023** | **Joe Brown** |
| | List the contract number of any government contract | | **9762 Park Road** **Decatur, IL 62526** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of landing strip extension at Hudson facility** | |
| | State the term remaining | **12/2022** | **Sandi Arnold** |
| | List the contract number of any government contract | | **2 Gulf Pointe Court** **Bloomington, IL 61704** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Cash rent farm lease at Hudson facility.** | |
| | State the term remaining | | **Sean Jordal** |
| | List the contract number of any government contract | | **23274 North 1200 East Road** **Hudson, IL 61748** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Schertz Aerial Service, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Kimberly Schertz** | **P.O. Box 347**<br>**Hudson, IL 61748** | **Small Business Administration** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Kimberly Schertz** | **P.O. Box 347**<br>**Hudson, IL 61748** | **Compeer Financial** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **Robert Scott Schertz** | **1020 Taft**<br>**Great Bend, KS 67530** | **Small Business Administration** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.4  **Robert Scott Schertz** | **1020 Taft Street**<br>**Great Bend, KS 67530** | **Compeer Financial** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Schertz Aerial Service, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$7,884.82** |
   | **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$2,086,321.33** |
   | **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$2,742,045.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    **Schertz Aerial Service, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Assured Partners**<br>**25548 Genesee Trail Road**<br>**Golden, CO 80401** | 3/4/2022 | $34,366.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payment to insurance**<br>**for 2022 spraying, all policies**<br>**bound and financed together.** |
| 3.2. **ProHarvest Seed**<br>**2737 North 700 East Road**<br>**Ashkum, IL 60911** | 1/14/2022 | $28,772.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Compeer Financial**<br>**1303 Leslie Dr**<br>**Bloomington, IL 61704** | 3/3/2022 | $75,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Paid for selling Cessna**<br>**340A airplane** |
| 3.4. **Aircraft Propeller Service**<br>**595 Telser Rd.**<br>**Lake Zurich, IL 60047** | 3/2022 | $39,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Airplane propeller** |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Brian Schertz**<br>**116 W. Beverly Court**<br>**Peoria, IL 61604** | **Various**<br>**dates.** | $27,094.09 | **Reimbursements for Company**<br>**expenses, purchase of**<br>**company patent.** |
| 4.2. **Kimberly Schertz**<br>**P.O. Box 347**<br>**Hudson, IL 61748** | **8/31/21** | $50,000.00 | **Repayment of Loan** |
| 4.3. **Michael Schertz**<br>**15810 N. Centerville Rd.**<br>**Edelstein, IL 61526** | | $3,541.26 | **Reimbursements of company**<br>**expenses. 1990 Ford truck**<br>**purchase.** |

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | Schertz Aerial Service, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Brian Schertz v. R. Scott Schertz et al<br>2021L0000003** | **Civil** | **McLean County Circuit Court<br>104 W. Front Street<br>Bloomington, IL 61701** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Schertz Aerial Service Inc. v Brad Eggemeyer dba Eggemeyer's Ag Services<br>2022LA000001** | **Civil** | **McLean County Circuit Court<br>104 W. Front Street<br>P.O. Box 2420<br>Bloomington, IL 61701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Schertz v Schertz<br>2022LA000014** | **Civil** | **McLean County Circuit Court<br>104 W. Front St.<br>P.O. Box 2420<br>Bloomington, IL 61701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Kimberly D. Schertz v. Robert S. Schertz<br>2020D0000453** | **Dissolution of Marriage** | **McLean County Circuit Court<br>104 W. Front St.<br>P.O. Box 2420<br>Bloomington, IL 61701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Robert Scott Schertz Bankruptcy<br>21-70207-mpg** | **Bankruptcy** | **United States Bankruptcy Court<br>Central District of Illinois<br>600 E. Monroe Stret<br>Rm 226<br>Springfield, IL 62701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Department of Labor v. Robert Schertz et al.<br>21P-501** | **Administrative** | **Illinois Department of Labor<br>Phil Reddy<br>4750 60th Street<br>Moline, IL 61265** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | Schertz Aerial Service, Inc. | Case number *(if known)* | |

■ None

---

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Misdirected rebate checks to additional undisclosed company bank account.** | **0** | | **$15,000.00** |
| **Employee theft from Kathy Holiday** | **0** | | **$240,000.00** |

---

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Carmody MacDonald P.C.<br>120 S. Central Avenue, Suite 1800<br>Saint Louis, MO 63105** | | **March 11, 2022** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

   ■ None.

---

| Debtor | **Schertz Aerial Service, Inc.** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

| **Part 7:** | **Previous Locations** |
| --- | --- |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
| --- | --- | --- |
| 14.1. | **20418 N. 2900 East Road**<br>**Lexington, IL 61753** | **1/2012 - 7/2020** |
| 14.2. | **Possible other unknown addresses.** | |

| **Part 8:** | **Health Care Bankruptcies** |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

| **Part 9:** | **Personally Identifiable Information** |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
| --- | --- |

| Debtor | **Schertz Aerial Service, Inc.** | Case number *(if known)* |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Illinois Bank & Trust**<br>**6855 East Riverside Boulevard**<br>**Rockford, IL 61114** | **Robert Scott Schertz** | **Unknown** | ☐ No<br>■ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Kimberly Schertz - Shed**<br>**P.O. Box 347**<br>**Hudson, IL 61748** | **Kimberly Schertz**<br>**Michael Schertz**<br>**Brian Schertz** | **Trailers, chemicals** | ☐ No<br>■ Yes |

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor    **Schertz Aerial Service, Inc.**                                            Case number *(if known)* _____

☑ No.
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.   **Crop Pep LLC** | **Subsidiary** | EIN: |
| | | From-To   **02/18/2014 - 12/04/2020** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Kathy Holiday**<br>**3908 Shasta Dr.**<br>**Bloomington, IL 61705** | **2008 - 2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Clifton Larson Allen LLP**<br>**404 North Hershey Road, Suite A**<br>**Bloomington, IL 61704** | **2020-2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | Schertz Aerial Service, Inc. | Case number (if known) | |

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1. | **Compeer Financial**<br>**1303 Leslie Dr**<br>**BLoomington, IL 61704** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1. | **Brian Schertz** | **3/15/2022** | **$339,554.92 - Market** |

| Name and address of the person who has possession of inventory records |
| --- |
| **Schertz Aerial Service, Inc.**<br>**13818 East 2400 North Road**<br>**Hudson, IL 61748** |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Kimberly Schertz** | **22761 N. 1300 East Road**<br>**Hudson, IL 61748** | **Owner, President, Vice President, Treasurer, Secretary and Board Member.** | **100%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Michael Schertz** | **15810 N. Centerville Road**<br>**Edelstein, IL 61526** | **Board member** | **0** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| **Robert Scott Schertz** | **1020 Taft**<br>**Great Bend, KS 67530** | **Director** | **3/14/21 to 6/25/21** |

Debtor   **Schertz Aerial Service, Inc.**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Jeana K. Reinbold | 1119 S 6th Street Springfield, IL 62703 | Board of Directors | 6/18/2021-7/27/2021 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Brian Schertz | 116 W. Beverly Court Peoria, IL 61604 | President Treasurer | 3/14/2021 - 1/15/2022 6/25/2021-1/15/2022 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Brian Schertz 116 W. Beverly Court Peoria, IL 61604 | $97,271.89 | 2021 | Wages |
| | Relationship to debtor Chief Supervisor, Ag Pilot | | | |
| 30.2. | Michael Schertz 15810 N. Centerville Road Edelstein, IL 61526 | $8,368.94 | 2021 | Wages |
| | Relationship to debtor Board Member, Seasonal Employee | | | |
| 30.3. | Kimberly D. Schertz 22761 N. 1300 East Road Hudson, IL 61748 | $50,000 | 2021 | Repayment of short term operating loan. |
| | Relationship to debtor President | | | |
| 30.4. | Brian Schertz 116 W. Beverly Court Peoria, IL 61604 | $20,595.05 | 2021 | Reimbursements |
| | Relationship to debtor Chief Supervisor, Ag Pilot | | | |
| 30.5. | Brian Schertz 116 W. Beverly Court Peoria, IL 61604 | $7,500 | 2022 | Wages |
| | Relationship to debtor Chief Suptervisor, Ag Pilot | | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor   **Schertz Aerial Service, Inc.**                          Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.6. | **Brian Schertz**<br>**116 W. Beverly Court**<br>**Peoria, IL 61604** | **$3,999.04** | **2022** | **Reimbursements** |
| | **Relationship to debtor**<br>**Chief Supervisor, Ag Pilot** | | | |
| 30.7. | **Michael Schertz**<br>**15810 N. Centerville Road**<br>**Edelstein, IL 61526** | **$575.85** | **2021** | **Reimbursements** |
| | **Relationship to debtor**<br>**Board Member, Seasonal Employee** | | | |
| 30.8. | **Michael Schertz**<br>**15810 N. Centerville Road**<br>**Edelstein, IL 61526** | **$965.41** | **2022** | **Reimbursements** |
| | **Relationship to debtor**<br>**Board Member, Seasonal Employee** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**March 16, 2022**__

__**/s/ Kimberly Schertz**__                          **Kimberly Schertz**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   __**President**__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of Illinois

In re **Schertz Aerial Service, Inc.**          Case No. _____

               Debtor(s)         Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 16, 2022**             /s/ Robert E. Eggmann
*Date*                               **Robert E. Eggmann 6203021**
                                     *Signature of Attorney*
                                     **Carmody MacDonald P.C.**
                                     **120 S. Central Ave., Suite 1800**
                                     **Saint Louis, MO 63105**
                                     **314-854-8600 Fax: 314-854-8660**
                                     **ree@carmodymacdonald.com**
                                     *Name of law firm*

# United States Bankruptcy Court
## Central District of Illinois

In re    **Schertz Aerial Service, Inc.**                                    Case No.
_____          _____
                                        Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **March 16, 2022**                        **/s/ Kimberly Schertz**
_____          _____
                                          **Kimberly Schertz/President**
                                          Signer/Title

# United States Bankruptcy Court
## Central District of Illinois

In re   **Schertz Aerial Service, Inc.**             Case No. _____

                             Debtor(s)         Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Schertz Aerial Service, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 16, 2022**                          **/s/ Robert E. Eggmann**
Date                                       **Robert E. Eggmann 6203021**
                                            Signature of Attorney or Litigant
                                            Counsel for    **Schertz Aerial Service, Inc.**
                                            **Carmody MacDonald P.C.**
                                            **120 S. Central Ave., Suite 1800**
                                            **Saint Louis, MO 63105**
                                            **314-854-8600 Fax:314-854-8660**
                                            **ree@carmodymacdonald.com**