Form objemp

# UNITED STATES BANKRUPTCY COURT
Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:* Schertz Aerial Service, Inc.  *Case No.:* 22–70128
*Debtor*

*Chapter:* 11

---

### OBJECTION DATE NOTICE RE: EMPLOYMENT OF PROFESSIONAL

*Notice is hereby provided:*

On 03/17/22, The debtor, filed an Application to Employ Robert E. Eggmann and the firm of Carmody MacDonald P.C. as as bankruptcy counsel in connection with Debtors chapter 11 case. If employed, the range of hourly billing rates of the Firms partners for this matter will be $350.00 to $450.00 per hour, associates $250.00 to $275.00 per hour, and paralegals/law clerks $190.00 per hour
.

The pleading referred to above may be viewed in the Bankruptcy Clerk's Office during regular business hours or on PACER (Public Access to Court Electronic Records).

If you do not want the Court to grant the relief sought in the above named document or if you want the Court to consider your views, then you or your attorney must file a written objection explaining your position.

Written objections must be filed with this Court by **4/3/22**. You must also serve a copy on interested parties and file a proof of service with the court.

If you or your attorney do not file a timely objection, an Order will be entered allowing the aforesaid Motion. ***Note: The allowance of any fees requested by the persons or entities so employed will remain subject to court approval pursuant to Section 330 of the Bankruptcy Code.***

Dated: 3/17/22

    /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.