**IT IS SO ORDERED.**

**SIGNED THIS: March 24, 2022**

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

| | | | |
|---|---|---|---|
| In re: | Schertz Aerial Service, Inc. | Case No. | 22-70128 |
| Debtor | | | |

### ORDER RE: ZOOM VIDEO CONFERENCE HEARING PROCEDURES

A video-conference hearing has been scheduled on March 31, 2022 at 1:30 p.m. on the following matters: Debtor's Motion to Use Cash Collateral (Document #12) and Debtor's Emergency Motion for Order Authorizing the Debtor to Pay Prepetition Obligations in the Ordinary Course of Business to 503(b)(9) Claimants (Document #32),

IT IS HEREBY ORDERED:

1. ON THE DAY OF HEARING, attorneys and parties participating in this proceeding are directed to connect to the video conference 15 minutes prior to the scheduled time using the instructions contained in this Order. Non-party witnesses are requested to connect at the same time so that technical and administrative issues can be addressed. Witnesses not immediately needed will be released and may connect again at a later time when their testimony is required. No further notice of the conference setting will be given.

2. CONNECTING TO THE CONFERENCE.

    (a) Using your internet browser, go to https://www.zoomgov.com/join. You can also use the Zoom® application ("Zoom® app") to join the conference. Participants using an internet browser to connect may receive a prompt to download, install, and open the Zoom® app (or browser plugin) when trying to connect. If prompted to download and install the Zoom® app, please do so by following the instructions provided.

(b) Click "Join" or "Join a Meeting" and enter the Meeting ID and Password as prompted. You may be asked to enter your name at this time. It is important that you enter your full first and last name so that the Court and other participants can identify you.

    Meeting ID:   161 8563 5975
    Password:     1598

(c) After entering the Meeting ID and Password and providing your name, you may be given an option to "Test Computer Audio." If this option appears, click on the "Test Computer Audio" button to test your audio. Upon confirmation that your audio is working properly, click the button labeled "Join audio by computer" to complete the connection to the conference.

(d) The "Waiting Room" feature may be enabled when you join the hearing. If so, you will see a message that states as much. As soon as your hearing is ready to begin, you will be placed into the hearing.

(e) If you are connecting to the hearing using a computer, you have the option of running the audio portion of the hearing through a separate telephone by following these instructions. *Use of a headset with microphone is required for this option. Use of speaker phones is prohibited as it creates audio feedback and interferes with the proceedings.*

    a. Select phone audio in the Zoom® app.

        i. If you enter the video hearing and you see a button labeled "Join Audio" in the bottom left-hand corner of the screen, the Zoom® app has not yet connected you to any audio source. Click on the "Join Audio" button and select "Phone Call." The Zoom® app will display the telephonic connection information.

        ii. If the Zoom® app has already connected you to your computer's audio, you will not see a button labeled "Join Audio." Instead, the button will be labeled "Mute." Click the "Mute" button to mute your audio. (The same button will now display as "Unmute.") Press the upward arrow button just to the right of the "Mute/Unmute" button to display the audio options menu. Select "Switch to Phone Audio." The Zoom® app will now display the telephonic connection information.

    b. Dial one of the telephone numbers provided by the Zoom® app. When prompted, enter the Meeting ID (followed by the # sign), and then the Participant ID (followed by the # sign) provided by the Zoom® app.

      c. It is important that you enter the correct Participant ID to ensure that your video and audio feeds are "synched."

      d. When complete, the Zoom® app will indicate that you have successfully connected (or switched) to telephonic audio.

3. TECHNOLOGICAL REQUIREMENTS. All participants must use a desktop, laptop, or tablet device (not a cell phone) that is plugged into a power source and has both a camera and microphone. *Be aware that some older-generation devices may not be able to connect to the meeting.* A stable and high-speed internet connection with a minimum speed of 10mb (Megabytes) is required. A wired internet connection to the device is strongly recommended. For further technical information and support, please refer to the Zoom® Help Center available at https://support.zoom.us/hc/en-us.

Note: The burden is on attorneys (or the parties themselves if not represented) to consult with participants prior to the hearing to make sure that they are aware of the technical requirements and will be able to connect to and fully participate in the hearing. Attorneys and parties should not expect a continuance or other relief to be granted if a party or witness fails to connect to the video conference.

4. EXHIBITS. ONE DAY PRIOR TO THE HEARING, each party shall:

    (a) label their exhibits by each document using clearly indicated labels (i.e. [Party]'s Exhibit A, B, C, etc.) and Bates Numbering;

    (b) separately docket each exhibit that will be used at the hearing with the Court using the docket event in the applicable Bankruptcy Case or Adversary Proceeding: **Miscellaneous Events > Attachment or Exhibits;** and

    (c) separately docket a List of the exhibits using the docket event in the applicable Bankruptcy Case or Adversary Proceeding: **Miscellaneous Events > Summary of Exhibit**. The List shall briefly describe each exhibit and shall identify each exhibit according to the labels assigned pursuant to these procedures.

5. SERVICE OF THIS ORDER AND EXHIBITS. The attorneys (or parties themselves if unrepresented) are directed to serve a copy of this Order, and the exhibits, to the witnesses that will be called during the hearing. It is the responsibility of the attorneys (or unrepresented parties) to make sure that paper copies of all exhibits docketed by them are provided to witnesses and are available to those witnesses during their testimony. Each witness shall have all exhibits with them during their testimony and shall be prepared to refer to the exhibits when requested.

6. REMOTE WITNESS TESTIMONY. The Court will administer the oath to each remote witness during the video conference, and witness testimony will have the same effect and be binding upon each remote witness in the same manner as if such remote witness was

sworn in by the Court in person in open court. As additional safeguards for the allowance of remote testimony, the Court requires as follows:

  (a) each remote witness must disclose the city and state and type of place (such as home or office), where she or he is located while testifying;

  (b) each remote witness shall have with him or her only those documents also provided to the Court for consideration in connection with the matter(s) set for hearing and no other documents or data;

  (c) no person shall communicate with a witness during his or her testimony, except by direct examination or cross-examination on the record, unless specifically authorized by the Court.

Note: Witnesses, including parties being called as witnesses, must appear using a device separate from the device being used by their attorney or the attorney calling them as a witness. At no time should a witness (including a party witness) be in the same room as their attorney, the attorney calling them as a witness, or any other person.

7. CONDUCT DURING HEARING. Although conducted using video conference technology, the hearing is a court proceeding. The formalities of the courtroom shall be observed. Counsel and witnesses shall dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. Attorneys participating in the hearing are expected to stay connected throughout the proceedings. Attorneys who disconnect for part of the hearing may be precluded from examining witnesses or participating in arguments.

8. RECORDING PROHIBITED; OFFICIAL RECORD. No person may record the proceedings from any location by any means. The audio recording maintained by the Court shall be the sole basis for creation of a transcript that constitutes the official record of the hearing.

###