Form ntchrgBK

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:* Schertz Aerial Service, Inc.
    *Debtor*

*Case No.:* 22–70128

*Chapter:* 11

---

**PLEASE TAKE NOTICE** that a Video Conference will be held at

    Video Conference, with Judge Mary Gorman, Springfield, IL 62701

    on 3/31/22 at 01:30 PM

to consider and act upon the following:

Debtor's Motion to Compel PNC Bank to Release Hold on Debtor's Bank Account (Doc #53).

**THIS MATTER WILL BE HELD VIA VIDEO CONFERENCE ON MARCH 31, 2022 AT 1:30 P.M., THE SAME TIME AS THE HEARING ON DEBTOR'S MOTION TO USE CASH COLLATERAL (DOC #12) AND DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING THE DEBTOR TO PAY PREPETITION OBLIGATIONS IN THE ORDINARY COURSE OF BUSINESS TO 503(b)(9) CLAIMANTS (DOC #32). PLEASE REFER TO VIDEO CONFERENCING PROCEDURES AS OUTLINED IN ORDER RE: ZOOM VIDEO CONFERENCE HEARING PROCEDURES (DOC #48) ENTERED ON 03/24/2022. ATTORNEY FOR DEBTOR SHALL SERVE NOTICE ON ENTITIES AND REPRESENTATIVES NOT ON THE MATRIX.**

Dated: 3/25/22

    /S/ Adrienne D. Atkins
    Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.