IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SCHERTZ AERIAL SERVICE INC., ) | Case Number: 22-70128 |
| ) | Chapter 11, Subch. V. |
| Debtor. ) | |

## UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE

NANCY J. GARGULA, the United States Trustee for Region 10, by Attorney James A. Salinas, and for her Motion to Dismiss Case, states as follows:

1. The United States Trustee ("UST") is charged with the duty of supervising the administration of Chapter 11 cases. 28 U.S.C. § 586(a)(3).

2. A Debtor-in-possession has the duty to furnish information to and cooperate with the UST. 11 U.S.C. § 704(a)(7) and (8), as incorporated by 11 U.S.C. § 1106(a)(1) and § 1107(a).

3. Schertz Aerial Service, Inc., (the "Debtor") commenced this case on March 16, 2022. Debtor has not yet confirmed a Chapter 11 Subchapter V Plan of Reorganization.

4. A Chapter 11 proceeding may be converted or dismissed for cause. 11 U.S.C. § 1112(b)(1). Specifically, said provision provides that "the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate." *Id*. A case involving a farmer, as that term is defined by the Bankruptcy Code, cannot be converted to chapter 7 unless the debtor requests the conversion. *See,* 11 U.S.C. § 1112(c).

5. Section 1112 includes a non-exhaustive list of grounds which may constitute "cause" to dismiss this case. Relevant grounds in this case include the failure of the Debtor to file monthly reports with the UST constitutes cause for conversion or dismissal. 11 U.S.C. §1112(b)(4)(F) & (H).

6. The UST imposes certain operating requirements upon a Chapter 11 Debtor in carrying out its duty of supervising the administration of Chapter 11 cases. The UST requires that Chapter 11 Debtors provide certain information, documents, and payments. The above-captioned Debtor has failed to comply with the UST's operating requirements in that Debtor has failed to file: i) the October MOR that was due November 21, 2022; the November MOR that was due December 21, 2022; the December MOR that was due January 21, 2023.

7. Although this is the first such pleading requesting dismissal for the failure of the Debtor to file the required operating reports, Debtor's counsel was made aware of the issue previously by telephone call with the undersigned on December 2022. Additionally, the undersigned raised the Debtor's failure to file the required MORs at the hearing on confirmation held January 4, 2023.

8. The reports and underlying account statements are necessary to the UST's duty to supervise the administration of Chapter 11 cases.

**WHEREFORE**, the U.S. Trustee respectfully requests that the Court dismiss this case, and for such other and further relief as this Court may deem appropriate.

Dated: February 10, 2023

    Respectfully Submitted,
    NANCY J. GARGULA,
    United States Trustee

    */s/ James A. Salinas*

    James A. Salinas,
    Trial Attorney

James A. Salinas, FL Bar No. 125878
Trial Attorney
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, IL 61602
Phone: (309) 671-7854, ext. 238
Email: James.Salinas@usdoj.gov

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing was served upon those parties in interest having entered their appearance electronically via the Clerk of the Court's CM/ECF system and by mailing a copy to the parties set forth below via placing a copy in a postage prepaid envelope and depositing same in a U.S. Mail depository on the 10th day of February 2023:

**Robert E Eggmann**
Carmody MacDonald P.C.
120 South Central Avenue, Suite 1800
Clayton, MO 63105

**Thomas H Riske**
Carmody MacDonald, P.C.
120 South Central Avenue, Suite 1800
St Louis, MO 63105

**Schertz Aerial Service, Inc.**
P.O.Box 377
Hudson, IL 61848

**Steven Wallace**
Goldenberg Heller & Antognoli, P.C.
2227 South State Route 157
Edwardsville, IL 62025


*/s/ James A. Salinas*

James A. Salinas,
Trial Attorney

James A. Salinas, FL Bar No. 125878
Trial Attorney
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, IL 61602
Phone: (309) 671-7854, ext. 238
Email: James.Salinas@usdoj.gov