**IT IS SO ORDERED.**

**SIGNED THIS: May 16, 2023**

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:    Schertz Aerial Service, Inc.                              Case No.   22-70128

Debtor

### ORDER DISMISSING CASE

The Court finds:

that the United States Trustee's Motion to Dismiss Chapter 11 case is allowed.

IT IS THEREFORE ORDERED that the Chapter 11 case in bankruptcy filed on March 16, 2022 be and is hereby dismissed.

IT IS FURTHER ORDERED that if the filing fee for this case was not paid in full, any new case filed by debtor under any Chapter of the Bankruptcy Code in the Central District of Illinois must be accompanied by the full case filing fee.

Go to **www.ilcb.uscourts.gov** for information regarding this court's *mandatory* electronic filing policy.

###